UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     **DANIELLE M. REZYKOWSKI,** | : | Chapter 7 |
|         Debtor. | : | Bky. No. 11-19726  ELF |
| **ROBIN NAKONETSCHNY,** | : | |
|         Plaintiff, | : | |
|         v. | : | Adv. No. 12-309  ELF |
| **DANIELLE M. REZYKOWSKI,** | : | |
|         Defendant. | : | |

# O R D E R

**AND NOW**, after trial in the above adversary proceeding and for the reasons stated in the accompanying Opinion,

It is hereby **ORDERED** and **DETERMINED** that:

The debt owed by the Debtor arising from her failure to remit the proceeds of the Liquidation Sale in the amount of $20,842.25 is **DETERMINED** to be **NONDISCHARGEABLE** pursuant to 11 U.S.C. §523(a)(6).

Date: June 19, 2013

                                                  **ERIC L. FRANK**
                                                  **CHIEF U.S. BANKRUPTCY JUDGE**